May 20, 2005

Mr. Michael E. Warwick
Abney & Warwick
P.O. Box 1386
Marshall, TX 75671
Mr. Edwin E. Buckner
Law Offices of Edwin E. Buckner, Jr.
1600 S. Washington Avenue
Marshall, TX 75670

RE: Case Number: 03-0836
 Court of Appeals Number: 06-02-00141-CV
 Trial Court Number: 00-0627A

Style: VALENCE OPERATING COMPANY
 v.
 ELMAGENE W. DORSETT

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures

|cc:|Ms. Linda Rogers |
| |Ms. Sherry Griffis |
| |Mr. Everard A. |
| |Marseglia Jr. |
| |Mr. Morgan L. Copeland|
| |Jr. |